DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARL KATES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2243

[October 30, 2025]

Appeal of order denying rule 3.800 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; George Odom, Judge; L.T. Case No. 07009061CF10B.

Karl Kates, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***